IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

ADAM PELLETIER,                                                   Civil Action No. 2:17-cv-281-DBH

    Plaintiff,

v.

BILL RUCK and
RUCK ROOFING

    Defendants,

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the captioned action has been settled and the parties hereby stipulate to its dismissal on the merits with prejudice, with each party to pay his or its own attorneys' fees and costs, and request that a judgment of dismissal with prejudice be entered in the captioned action pursuant hereto.

Dated: December 7, 2017

    Respectfully Submitted,

      /s/ Peter Mancuso
    Peter Mancuso
    Andrew Schmidt Law, PLLC
    97 India St.
    Portland, Maine 04101
    *Attorneys for the Plaintiff*

      /s/ Thomas Danylik
    Thomas Danylik, Esq.
    Woodsman Edmands Danylik Austin Smith & Jacques, P.A.
    234 Main St., P.O. Box 468
    Biddeford, ME 04005-0468
    *Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2017, I served a copy of Plaintiff's Notice of Deposition to Defendant Ruck Roofing pursuant to Rule 30(b)(6) by emailing to the following:

Thomas Danylik, Esq.
Woodsman Edmands Danylik Austin Smith & Jacques, P.A.
234 Main St., P.O. Box 468
Biddeford, ME 04005-0468
TD@woodedlaw.com

Michael J. O'Toole, Esq.
Woodsman Edmands Danylik Austin Smith & Jacques, P.A.
234 Main St., P.O. Box 468
Biddeford, ME 04005-0468
MJO@woodedlaw.com

*Attorneys for the Defendants*


Dated: December 7, 2017

    /s/ Peter Mancuso
Peter Mancuso
Andrew Schmidt Law, PLLC
97 India St.
Portland, Maine 04101
207-619-0884
Peter@MaineWorkerJustice.com

*Attorneys for the Plaintiff*